IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **21-21546** |
| **ERLE W. PATTERSON, JR.** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **ERLE W. PATTERSON, JR.** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Russell A. Burdelski, Esquire**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

ALLEGHENY COUNTY
C/O TREASURER
RM 108 COURTHOUSE
Pittsburgh, PA 15219

ALLEGHENY VALLEY HOSPITAL
PO BOX 3475
Toledo, OH 43607

ALLY FINANCIAL
PO BOX 380901
Minneapolis, MN 55438

AMERICAN EXPRESS
PO BOX 1270
Newark, NJ 07101-1270

COMCAST
PO BOX 719
Toledo, OH 43697

DEER CREEK DRAINAGE
945 LITTLE DEER CREEK ROAD
Russellton, PA 15076

FAWN FRAZIER WATER
326 DONNELLVILLE ROAD
Natrona Heights, PA 15065

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2021 Best Case LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

JAMES J GRAHAM, DMD

733 LITTLE DEER CREEK ROAD

Russellton, PA 15076

M&T Bank

PO Box 4005

Buffalo, NY 14240

MORROW REFUSE

4985 BAK-CULM RD

Tarentum, PA 15084

PERMANENT GENERAL ASSURANCE

PO BOX 305054

Nashville, TN 37230

PNC

2730 LIBERTY AVE.

Pittsburgh, PA 15222

PNC

C/O JOSEPH GOLDBECK, ESQ

STE 5000, MELLON INDEP. CTR

701 MARKET ST

Philadelphia, PA 19106

SHANK GARBAGE

PO BOX 856

Mars, PA 16046

SHELLPOINT MORTGAGE SERVICING

PO BOX 619063

Dallas, TX 75261-9063

WEST PENN POWER

800 CABIN HILL DRIVE

Greensburg, PA 15601

By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2021 Best Case LLC - www.bestcase.com     Best Case Bankruptcy