I Erle W Patterson Jr. Swear under penalty of perjury that fa the month of January 2020 - May 2020 and End of December 2020 - February 2021. I did not work or Receive wages.

X 7-8-21     Erle W Patterson JR

Erle W Patterson Jr

**MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES**

Debtor's name _Erle Patterson_

Case No. _21-21546-GLT_

Month _June_                Year _2021_

Gross receipts for month: _____1900_____

(If more than one source, list each)

TOTAL GROSS RECEIPTS:    $ _1900_

Business expenses paid:

Description                      Amount

TOTAL EXPENSES:    $ _0_

NET PROFIT OR (LOSS) FOR MONTH:    $ _1900_

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  _Erle Patterson_

Case No.  _21-21546-GLT_

Month  _May_                          Year  _2021_

Gross receipts for month:                _1900_
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $  _1900_

Business expenses paid:

Description                          Amount

TOTAL EXPENSES:  $  _0_

NET PROFIT OR (LOSS) FOR MONTH:  $  _1900_

Reports for each month are due by the 15th day of the following month and should be mailed to:
   Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED