IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, | ) | Case No.  21-21546-GLT |
| Erle Patterson | ) | Filed under |
|     Debtor/movant | ) | 11 USC 362(c)(3) |
| Erle Patterson | ) | Filed under |
|     Debtor/movant | ) | |
| v.           . | ) | Chapter 13 |
| ALLEGHENY COUNTY | | |
| ALLEGHENY VALLEY HOSPITAL | | |
| ALLY FINANCIAL | | |
| AMERICAN EXPRESS | | |
| COMCAST | | |
| DEER CREEK DRAINAGE BASIN | | |
| FAWN-FRAZER WATER | | |
| HALEIGH PATTERSON | | |
| JAMES J. GRAHAM, DMD. | | |
| M&T BANK | | |
| MORROW REFUSE | | |
| PERMANENT GENERAL ASSURANCE | | |
| PNC | | |
| WEST PENN POWER | | |
|     Creditor/respondent(s) | ) | Hearing date 8/04/21 @ 10:00am |
| Ronda Winnecour | ) | |
|     Trustee/respondent | ) | Response Deadline 7/26/21 |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY
BEYOND 30 DAYS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _7/08/21__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _7/26/21___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                      Respectfully submitted,

DATE__7/27/21

                       Respectfully submitted,
                       BURDELSKI LAW OFFICES
                       __/s/Russell A. Burdelski, Esquire_____
                       R. Burdelski, Esquire
                       1020 Perry Highway
                       Pittsburgh, PA 15237
                       (412) 366-1511
                       PA I.D. # 72688
                       Russ@BurdelskiLaw.com.com