**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/28/21 7:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:

Erle Patterson,

    Debtor/movant

Erle Patterson,

    Debtor/movant

v.

ALLEGHENY COUNTY
ALLEGHENY VALLEY HOSPITAL
ALLY FINANCIAL
AMERICAN EXPRESS
COMCAST
DEER CREEK DRAINAGE BASIN
FAWN-FRAZER WATER
HALEIGH PATTERSON
JAMES J. GRAHAM, DMD.
M&T BANK
MORROW REFUSE
PERMANENT GENERAL ASSURANCE
PNC
WEST PENN POWER ,

    Creditor/respondent(s)

Ronda Winnecour,

    Trustee/respondent

**DEFAULT O/E JAD**

Case No. 21-21546-GLT

Chapter 13

Filed under 11 U.S.C. 362(c)(3)

Related To ECF No. 11


**ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS**

AND NOW, this 28th day of July, 2021, it is hereby ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 13 case unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 plan or by further Order of this Court.

By the Court

Jeffery A. Deller    mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21546-GLT |
| Erle W. Patterson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erle W. Patterson, Jr., 1022 Beechnut Street, Tarentum, PA 15084-2102 |
| 15395321 | | ALLEGHENY COUNTY, C/O TREASURER, RM 108 COURTHOUSE, Pittsburgh, PA 15219 |
| 15395322 | + | ALLEGHENY VALLEY HOSPITAL, PO BOX 3475, Toledo, OH 43607-0475 |
| 15395324 | | AMERICAN EXPRESS, PO BOX 1270, Newark, NJ 07101-1270 |
| 15397054 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15395326 | + | DEER CREEK DRAINAGE, 945 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1331 |
| 15395327 | + | FAWN FRAZIER WATER, 326 DONNELLVILLE ROAD, Natrona Heights, PA 15065-3015 |
| 15395328 | + | JAMES J GRAHAM, DMD, 733 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1312 |
| 15395330 | | MORROW REFUSE, 4985 BAK-CULM RD, Tarentum, PA 15084 |
| 15397745 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 15395331 | + | PERMANENT GENERAL ASSURANCE, PO BOX 305054, Nashville, TN 37230-5054 |
| 15391203 | + | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 15395344 | + | PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 15395334 | + | SHANK GARBAGE, PO BOX 856, Mars, PA 16046-0856 |
| 15395335 | | SHELLPOINT MORTGAGE SERVICING, PO BOX 619063, Dallas, TX 75261-9063 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15395323 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 23:09:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 15395325 | + | Email/Text: documentfiling@lciinc.com | Jul 28 2021 23:09:00 | COMCAST, PO BOX 719, Toledo, OH 43697-0719 |
| 15394267 | | Email/Text: G06041@att.com | Jul 28 2021 23:10:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15395329 | | Email/Text: camanagement@mtb.com | Jul 28 2021 23:09:00 | M&T Bank, PO Box 4005, Buffalo, NY 14240 |
| 15391202 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222 |
| 15395345 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15395336 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 28 2021 23:10:00 | WEST PENN POWER, 800 CABIN HILL DRIVE, Greensburg, PA 15601-1689 |
| 15396631 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 28 2021 23:10:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 23

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15395333 | *+ | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 15395332 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Erle W. Patterson  Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |

TOTAL: 4