### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erle W. Patterson Jr.                       CHAPTER 13

                 Debtor(s)

                                                          BKY. NO. 21-21546 GLT

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ Maria Miksich, Esquire**
                                    Maria Miksich, Esquire
                                    Attorney I.D. No. 319383
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    201-549-5366
                                    MMiksich@kmllawgroup.com