IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Erle Patterson | ) | Case No.  21-21546-GLT |
|     Debtor | ) | |
| Erle Patterson | ) | Chapter 7 |
|     Debtor | ) | |

STATEMENT FILED PURSUANT TO RULE 1019(6)
AFTER CONVERSION OF CASE FROM CHAPTER 13 TO CASE UNDER CHAPTER 7

On _6/16/22_ the Debtor's case was converted from a case under Chapter 13 to a case under Chapter 7.  Pursuant to Rule 1019(6) the Debtor by and through his/her/their attorney Russell A. Burdelski, Esquire avers the following:

a)   No property was acquired by the Debtor after the commencement of the Chapter 13 case but before the entry of this conversion order which was not listed in the final report and account of the Chapter 13 trustee,

b)   No executory contracts were entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order,

c)   There are no claimants which are holding unpaid debt which are not listed in the final report and account of the Chapter 13 trustee which were incurred after the commencement of the Chapter 13 case but before the entry of this conversion order:

d)   The statement of intention with respect to retention or surrender of property securing consumer debts as required by 11 U.S.C. 521(2)(A) and Bankruptcy Rule 1019(1)(B) and conforming to the Official Form 108A has been filed.

The Debtor by and through his attorney Russell A. Burdelski, Esquire avers that the aforementioned statement is true and correct to the best of his knowledge, information and belief.

BURDELSKI LAW OFFICES

_/s/Russell A. Burdelski, Esquire
R. Burdelski, Esquire, PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366-1511
Russ@BurdelskiLaw.com

__June 23, 2022____DATE