**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ERLE W. PATTERSON, JR.<br><br>Debtor(s) | Case No.:21-21546 GLT |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/04/2021 and confirmed on 08/24/2021 . The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,915.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,910.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,984.31 | |
|   Trustee Fee | 183.43 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,167.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>  Acct: 4269 | 0.00 | 4,742.26 | 0.00 | 4,742.26 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>  Acct: 4269 | 20,958.51 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>  Acct: 0017 | 197.24 | 0.00 | 0.00 | 0.00 |
| FAWN-FRAZIER JT WATER AUTHORTY<br>  Acct: 0017 | 39.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>  Acct: 5126 | 14,013.15 | 0.00 | 0.00 | 0.00 |
| | | | | 4,742.26 |
| **Priority** | | | | |
| RUSSELL A. BURDELSKI<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERLE W. PATTERSON, JR.<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERLE W. PATTERSON, JR.<br>  Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| 21-21546 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A. BURDELSKI | 4,000.00 | 1,984.31 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DEER CREEK DRAINAGE BASIN AUTH | 110.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 5898 | | | | |
|   PNC BANK NA | 11,533.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 3211 | | | | |
|   ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5106 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 693.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 4004 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 604.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 6404 | | | | |
|   JAMES GRAHAM DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3573 | | | | |
|   M & T BANK | 1.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5126 | | | | |
|   MORROW REFUSE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9479 | | | | |
|   PERMANENT GENERAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1458 | | | | |
|   SHANK WASTE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEST PENN POWER* | 1,231.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 0279 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 4,742.26 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 35,207.90 |
| UNSECURED | 14.174.36 |

Date: 06/28/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com