Certificate Number: 17572-PAW-DE-036932207

Bankruptcy Case Number: 21-21546



17572-PAW-DE-036932207

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2022, at 3:28 o'clock PM PDT, Erle Patterson completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 26, 2022

By:   /s/Dorianne Santiago

Name:   Dorianne Santiago

Title:   Counselor